**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          Case No. 8:15-MJ-1718-T-EAJ

**THOMAS ALLEN VAUGHN**
_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, THOMAS ALLEN VAUGHN., in the above-styled cause.

The Clerk is requested to enter the appearance of JENNY L. DEVINE, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of YVETTE GRAY, Assistant Federal Defender, from the above-styled cause.

DATED this 30th day of October, 2015.

                                                                Respectfully submitted,

                                                                DONNA LEE ELM
                                                                FEDERAL DEFENDER

                                                                /s/ Jenny L. Devine
                                                                Jenny L. Devine
                                                                Florida Bar No.: 0647616
                                                                Assistant Federal Defender
                                                                400 N. Tampa Street, Suite 2700
                                                                Tampa, Florida 33602
                                                                Telephone:  (813) 228-2715
                                                                Facsimile:  (813) 228-2562
                                                                Email: Jenny_Devine@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 30th day of October 2015, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Amanda Kaiser, of the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

/s/ Jenny L. Devine
Jenny L. Devine
Assistant Federal Defender